CONNECTICUT MOBILE HOME ASSOCIATION, INC., ET AL.
*v.* JENSEN'S, INC.

The defendant's motion to dismiss the appeal from the Superior Court in Middlesex County is denied by the court.

The defendant's motion to dismiss the appeal, as to the Connecticut Mobile Home Association, Inc., and Hazel Recor, from the Superior Court in Middlesex County is denied by the court.

*Wesley W. Horton,* for the appellee (defendant).
*Roger Sullivan,* for the appellants (plaintiffs).

Argued April 4—decided April 11, 1978

The defendant's motion to strike from the record the plaintiffs' request for a finding and draft finding in the appeal from the Superior Court in Middlesex County is denied by the court.

*Wesley W. Horton,* in support of the motion.
*Roger Sullivan,* in opposition.

Submitted March 7—decided April 11, 1978

ANTHONY RACANIELLO *v.* WILLIAM SABIA

The plaintiff's "Motion to Dismiss Appellant's Appeal" from a judgment of the Court of Common Pleas in Fairfield County at Stamford, addressed to "the appellate panel" but submitted to this court, is dismissed.

No appearance for the parties.

Decided April 11, 1978